Twelfth Court of Appeals

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 29 2015
eRm

TYLER TEXAS
CATHY S. LUSK, CLERK

April 24, 2015

Case No. 12-15-00090-CV
Trial Court Case No. 349-7331

George Hall

VS.

The County of Anderson

## Pro Se Motion For Extension of Time
### Twelfth Court of Appeals Process

Comes Now Applicant in the above styled and Number Cause and in the Twelfth Court of Appeals respectfully Moves this Honorable Court to Extend the time for My response in the above Mention Motion No. Cause. In support thereof would show the Honorable Court the following:

1. Facts relied upon for the Extension of time to show good Cause are as followed: Due to Applicant filing Pro Se is because Applicant is Not a Attorney and do Not have an Attorney. Applicant have to depend on fellow inmates in the law Library for assistence because Applicant is Not educated in law.

2. Due to Applicants incarceration and the Unforseen Circumstances Connected to the everyday operation of the Dept. of Criminal Justice. Applicant's everyday activity is always changing.

3. Further Applicant is unable to pay the $195 filing fee and request to be allowed to proceed with the process of enability to pay.

4. In order for Applicant to be able to keep up with the fast Paste of the Court Applicant humble prays this Honorable Court grant this Montion for Extension of time of 30 to 60 days and proceed with the enability to pay Process.

Therefore additional time is needed for Applicant to either prepare and file the Petition/Motion(s) Pro Se or seek the assistence of an Attorney.

Wherefore Premises Considered the Applicant respectfully the Honorable Court extend time for filing a response to the Courts filing fee and other proceedings.

Respectfully Submitted

George Hall

George Hall #1818071

<u>Certificate of Service</u>

Applicant hereby certifies that a true and correct copy of the forgoing Motion has been mailed to the Twelfth Court of Appeals

with the enability to